

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-92,954-01 & WR-92,954-02

### EX PARTE CLARENCE BENARD GARNER, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2019-0400-A & 2019-0401-A
### IN THE 217TH DISTRICT COURT
### FROM ANGELINA COUNTY

*Per curiam*.

## O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. According to the judgments, Applicant pleaded guilty under a plea agreement. The writ records contain no documents relating to his guilty

pleas.

The district clerk shall either forward to this Court the guilty plea paperwork in these cases or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: August 3, 2021
Do not publish